UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,
ex rel. and Julie Alsaker
and Luanne Caton,

       Plaintiffs,

vs.                                     ORDER OF DISMISSAL

CentraCare Health System, Inc.,
and St. Cloud Hospital, Inc.,

       Defendants.      Civ. No. 99-SC-106 (JRT/RLE)

* * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

_____
Judge John R. Tunheim
United States District Court

DATED: February 10, 2003
At Minneapolis, Minnesota

FEB 1 0 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____